No. 9105.   STATE ex rel. THE ELMO CLUB, a Corporation, and ROBERT J. PORTER, Relators, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Yellowstone and F. S. P. FOSS, Presiding Judge thereof, Respondents.

Decided July 24, 1951.
233 Pac. (2d) 399.

*Ralph J. Anderson,* Helena, for Relators.
Per Curiam.
Writ denied. Proceedings dismissed.